IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STANLEY J. CATERBONE d/b/a/ ADVANCED MEDIA GROUP,**  :<br>:<br>   **Plaintiff,**  :<br>:<br>**v.**  :<br>:<br>**UNITED STATES PRESIDENT BARRACK OBAMA, et al.,**  :<br>:<br>   **Defendants.**  : | Civ. No. 1:16-cv-1751<br><br><br><br><br><br><br><br>Judge Sylvia H. Rambo |

# M E M O R A N D U M

Before the court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2242 filed *pro se* by Stanley J. Caterbone d/b/a Advanced Media Group. (Doc. 1.) A review of the petition shows that the cause of action arises out of incidents that occurred in Lancaster County, Pennsylvania. Most of the defendants and the petitioner reside in Lancaster County, Pennsylvania. Lancaster County is in the Easter District of Pennsylvania.

The only reason that the captioned action was filed in the Middle District is an allegation that the District Court for the Eastern District of Pennsylvania is hostile to the petitioner's litigation. This allegation does not establish venue in the Middle District under 28 U.S.C. § 1391.

This action will be transferred to the Eastern District of Pennsylvania.

  s/Sylvia H. Rambo
  SYLVIA H. RAMBO
  United States District Judge

Dated: August 25, 2016